No. 668. LOCAL 175, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *H. G. B. King* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Barnes, Charles H. Weston* and *Fred D. Turnage* for the United States.

No. 670. GREEN ET UX. *v.* GREEN ET AL. C. A. 7th Cir. Certiorari denied. *G. W. Horsley* for petitioners. *August F. Brandt* for respondents.

No. 672. NEW YORK LIFE INSURANCE CO. ET AL. *v.* LAKE, TRUSTEE IN BANKRUPTCY. C. A. 4th Cir. Certiorari denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this application. *G. C. A. Anderson* and *Hilary W. Gans* for petitioners. *Frank B. Ober* for respondent. *John V. Bloys* and *Noel T. Dowling* filed a brief for the Life Insurance Association of America, as *amicus curiae,* in support of the petition for writ of certiorari.

No. 203. LEWIS *v.* UNITED STATES, 348 U. S. 419; and No. 417, Misc. HILDERBRAND *v.* UNITED STATES, 348 U. S. 975. Petitions for rehearing denied. MR. JUSTICE HARLAN took no part in the consideration or decision of these applications.

No. 390, Misc.. LESTER, ADMINISTRATOR, *v.* NATIONAL BROADCASTING CO., INC. ET AL., 348 U. S. 954. Motion for leave to file petition for rehearing denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this application.